**Not for Publication in West's Federal Reporter**

# United States Court of Appeals
## For the First Circuit

No. 13-2199

MAGDALENA RODRÍGUEZ CORDERO AND JOSÉ OSCAR RAMOS,

Plaintiffs, Appellants,

v.

CENTRO DE SALUD DE LARES, INC.,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. José A. Fusté, U.S. District Judge]

Before

Howard, Selya and Thompson,
Circuit Judges.

Alfredo Castellanos Bayouth, Anabelle Quiñones-Rodríguez and
Castellanos & Gierbolini Law Firm on brief, for appellants.
Raynaldo Quintana Latorre, Carolina Santa Cruz-Sadurní and
Baerga & Quintana Law Offices on brief, for appellee.

June 20, 2014

**Per Curiam.** Having carefully reviewed the papers in this case, we summarily affirm the judgment below for substantially the reasons articulated in the district court's lucid opinion. See Rodríquez-Cordero v. Centro de Salud de Lares, Inc., No. 11-2258, 2013 WL 4045705 (D.P.R. Aug. 7, 2013).

**Affirmed.** See 1st Cir. R. 27.0(c).